**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| SCHWEITZER-MAUDUIT INTERNATIONAL, INC.<br><br>        Plaintiff,<br><br>  v.<br><br>ASTRA TOBACCO CORPORATION,<br>DELFORTGROUP AG,<br>JULIUS GLATZ GMBH, and<br>LIPTEC GMBH,<br><br>        Defendants. | Civil Action No. 2:10-cv-00293-MBS<br><br>Jury Trial Demanded |

**AMENDED SCHEDULING ORDER**

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, and upon request of the parties, the following amended schedule is established for this case, and amends the scheduling order entered by this Court on June 1, 2010. Changes to any of the time periods set forth below, including bifurcation of certain aspects of the case affecting the schedule, may be obtained upon agreement of the parties and with leave of the Court, or upon motion and with leave of the Court.

1.    **Rule 26(f) Conference**: Counsel for Plaintiff and Defendants telephonically conferred on **June 18** and **28, July 6, and August 11, 2010**.

2.    **Rule 26(a)(1) Initial Disclosures**: The Parties have stipulated that no initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.

3.    **Motions to Join Parties and Amend Pleadings**: Motions to join other parties and amend the pleadings (Fed. R. Civ. P. 16(b)(1)) shall be filed no later than **April 8, 2011.**

4.    **Preliminary Infringement Contentions**: Plaintiff shall file and serve its Preliminary Infringement Contentions, including a claim chart, and identify which claims of the patents-in-suit it is asserting against which party on or before **February 1, 2011.**

5.    **Preliminary Invalidity Contentions**: Defendants shall submit their Preliminary Invalidity Contentions, including a claim chart, on or before **March 15, 2011.**

6.    ***Markman* Claim Construction Schedule**: The Markman claim construction hearing will

be held on or after **July 1, 2011.**  On **April 1, 2011**, the parties shall file a joint claim construction statement setting forth the claim terms each party contends needs to be construed and each party's proposed construction.  On **May 2, 2011**, each party shall file an opening brief and any evidence concerning claim construction.  Between May 2, 2011 and **May 16, 2011**, each side may notice the deposition of any expert whose testimony was submitted in support of the other side's opening claim construction brief.  On **May 31, 2011**, each party shall file an answering claim construction brief.

7.    **Fact Discovery**:  Fact discovery shall be completed by **October 3, 2011.**  All discovery requests shall be served in time for the responses thereto to be served by this date.  De bene esse depositions must be completed by the discovery deadline.  No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

8.    **Identification of Experts**:  Each party shall file and serve a document identifying by full name, address, and telephone number each person whom the party expects to call as an expert at trial on an issue for which it bears the burden of proof and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **November 1, 2011.**

9.    **Identification of Rebuttal Experts**:  Each party shall file and serve a document identifying by full name, address, and telephone number each person whom the party expects to call as a rebuttal expert at trial and certifying that a written rebuttal report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **December 1, 2011.**

In the event that any expert determines that it is necessary to amend his/her report as a result of the Court's claim construction ruling, such expert's supplemental report, if any (limited exclusively to matters related to the Court's claim construction ruling), shall be filed and served no later than 20 days after the Court's claim construction ruling.  Each side shall be entitled to depose any such expert respecting the content of any supplemental report within 30 days after the receipt of such supplemental report.

10.    **Records Custodian Witnesses**:  Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **April 3, 2012.**  Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure.    (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

11.    **Expert Discovery**:  Expert discovery shall be completed by **January 3, 2012.**  All discovery requests shall be served in time for the responses thereto to be served by this date.  De bene esse depositions must be completed by discovery deadline.  No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by

Local Civil Rule 7.02.

12.   **Motions in Limine**:  Must be filed no later than **April 13, 2012.**

13.   **Other Motions**:  All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **February 13, 2012**.  Response briefs in opposition to any dispositive motions shall be filed on or before **March 13, 2012.**  Reply briefs in support of any dispositive motions shall be filed on or before **March 27, 2012.**

14.   **Mediation**:  Pursuant to Local Civil Rules 16.03 - 16.11, mediation shall be completed in this case on or before **February 7, 2012.**  See Mediation Order issued by the Court on June 1, 2010, which sets forth mediation requirements.  At least thirty (30) days prior to this mediation deadline, counsel for each party shall file and serve a statement certifying that counsel has:  (1) provided the party with a copy of the Mediation Order; (2) discussed the availability of mediation with the party; and (3) discussed the advisability and timing of mediation with opposing counsel.

15.   **Pretrial Disclosures**:  No later than **April 16, 2012**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures.  Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

16.   **Pretrial Briefs**:  Parties shall furnish to the Court their pretrial briefs by **May 3, 2012** [1].  Attorneys shall meet at least five (5) business days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits.  See Local Civil Rule 26.07.

17.   **Jury Selection/Trial**:  This case is subject to being called for jury selection and/or trial on or after **May 14, 2012**.

/s/Margaret B. Seymour
United States District Judge

Columbia, South Carolina

August 16, 2010

---

[1]  Requirements for cases assigned to Judge Seymour as to submission/filing of pretrial briefs can be found at www.scd.uscourts.gov

Dated: August 13, 2010                                    Respectfully submitted,


_s/ Timothy D. St.Clair_
Timothy D. St.Clair (Fed. ID # 4270)
Turner Padget Graham & Laney, P.A.
Email: tstclair@turnerpadget.com
P.O. Box 1509
Greenville, SC 29602
Telephone: (864) 552-4642
Facsimile: (864) 282-5956


Rudolf E. Hutz (admitted pro hac vice)
Email: rhutz@cblh.com
Chad S.C. Stover (admitted pro hac vice)
Email: cstover@cblh.com
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

_Attorneys for Defendants Julius Glatz GmbH_
_and LIPtec GmbH_


_s/ Neil C. Jones_
Neil C. Jones, Fed. ID No. 5470
Nelson, Mullins, Riley & Scarborough LLP
Poinsett Plaza, Suite 900
104 South Main Street
Greenville, SC 29601
Sarah Nielsen, Fed. ID No. 10645
Nelson, Mullins, Riley & Scarborough LLP
1320 Main Street, Suite 1700
Columbia, South Carolina 29201


_s/ Henry B. Smythe, Jr._
Henry B. Smythe, Jr. (Fed. ID # 4226)
Buist Moore Smythe McGee P.A.
P. O. Box 999
Charleston, South Carolina 29402
Telephone: 843-720-4607
Facsimile: 843-723-7398
Hsmythe@buistmoore.com


John J. Normile (admitted pro hac vice)
Lynda Q. Nguyen (admitted pro hac vice)
Jones Day
222 East 41st Street
New York, New York 10017
Telephone: 212-326-3777
Facsimile: 212-755-7306
jjnormile@jonesday.com

_Attorneys for Plaintiff_

Philip C. Swain (admitted pro hac vice)
Jeremy A. Younkin (admitted pro hac vice)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

*Attorneys for Astra Tobacco Corp.*